## Commonwealth ex rel. Ray, Appellant, *v.* Myers.

Submitted June 14, 1965. *Robert Allen Ray,* appellant, in propria persona; *Abner Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Richardson, Appellant, *v.* Hendrick.

Submitted June 14, 1965. *Harold B. Richardson,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.